Mary Jane SUGGS, Plaintiff-Appellant,

v.

M&T BANK, Defendant-Appellee,

and

Mortgage Amenities Corporation; Government National Mortgage Association, as Trustee for Securitized Trust Ginnie Mae Remic Trust 2001-10; Ginnie Mae, Defendants.

No. 17-1218

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Mary Jane Suggs, Appellant Pro Se. Robert Miltz Luck, III, REED SMITH, LLP, Richmond, Virginia, for Appellee.

Before GREGORY, Chief Judge, and DUNCAN and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Jane Suggs appeals the district court's order granting defendant's motion to dismiss her civil action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Suggs v. M&T Bank*, 230 F.Supp.3d 458 (E.D. Va. 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*